**U.S. Department of Justice**

**MEMO ENDORSED**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 2, 2015

BY ECF

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/9/15
```

RE: <u>United States v. Timur Gerassimenko, Dmitri Jegorov and Konstantin Poltev</u>
S2 11 Cr. 878 (LAK)

Dear Judge Kaplan:

The Government's memorandum of law in opposition to the above-referenced defendants' pretrial motions is currently due on February 3, 2015. Due to the press of other business, the Government respectfully submits this letter to request a two-day extension of its filing deadline, to February 5, 2015. Mr. Glenn Garber, counsel to defendant Timur Gerassimenko, informed me that he has conferred with Messrs. Anthony Strazza and Calvin Scholar, counsel to defendants Dmitri Jegorov and Konstantin Poltev, respectively, and they all consent to this request.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: /Sarah Y. Lai/
Sarah Y. Lai
Assistant United States Attorney
(212) 637-1944

*Granted nunc pro tunc*
SO ORDERED
LEWIS A. KAPLAN, USDJ
2/9/15

cc: Mr. Glenn Garber, Esq.
Mr. Anthony Strazza, Esq.
Mr. Calvin Scholar, Esq.
(All by ECF)